# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00070-GCM

| | |
|---|---|
| ROSA GIL<br>DANTE GIL<br>ADA ARGUETA,<br><br>**Plaintiffs,**<br><br>v.<br><br>LEANDER HOLSTON<br>KIRSTJEN NIELSEN<br>FRANCIS CISSNA,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER COMES** before this Court on Defendants' Motion for Summary Judgment. (Doc. No. 17). This matter arises under 8 U.S.C. §1421(c) which provides that judicial review "shall be de novo, and the court shall make its own findings of fact and conclusions of law and shall, at the request of the petitioner, conduct a hearing de novo on the application." 8 U.S.C. §1421(c). The Court finds that deciding the Motion for Summary Judgment on the papers would be inconsistent with the statutory procedural requirements. As such, the Court **DENIES** Defendants' Motion for Summary Judgment. The Court will hold a *de novo* hearing in this matter on April 2, 2019 at 2:00 p.m. After the hearing, the Court will make appropriate findings of fact and conclusions of law as required by statute.

**SO ORDERED**.

Signed: April 1, 2019

Graham C. Mullen
United States District Judge