# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00070-GCM

| | |
|---|---|
| ROSA GIL<br>DANTE GIL<br>ADA ARGUETA,<br><br>    Plaintiffs,<br><br>v.<br><br>LEANDER HOLSTON<br>KIRSTJEN NIELSEN<br>FRANCIS CISSNA,<br><br>    Defendants. | **HEARING OUTLINE** |

**THIS MATTER CAME** before this Court for hearing on April 2, 2019. For the reasons stated in open court, Plaintiffs' Petition for Review of the Denial of Naturalization is **DENIED**. Defendants are ordered to allow Plaintiffs to refile for lawful permanent resident ("LPR") status under 8 U.S.C. §1255(i). Plaintiffs have thirty (30) days from entry of this Order in which to file the required paperwork and fee. Finally, the United States Citizenship and Immigration Service cannot deny the application only on the basis that the Plaintiffs already have LPR status.

    **SO ORDERED**.

Signed: April 2, 2019

Graham C. Mullen
United States District Judge