# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Dante Gil** et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:18-cv-00070-GCM |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Kirstjen Nielsen** et al, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2019 Order.

April 3, 2019

Frank G. Johns, Clerk
United States District Court