IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00070-GCM

| ROSA GIL<br>DANTE GIL<br>ADA ARGUETA, | ) |  |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| LEANDER HOLSTON<br>KIRSTJEN NIELSEN<br>FRANCIS CISSNA, | ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER COMES** before this Court on Plaintiffs' Unopposed Motion to Stay (Doc. No. 24). Plaintiffs requested a stay of the Court's Order issued on April 2, 2019 (Doc. No. 19). Both Parties submitted Motions for Reconsideration regarding that Order. (Doc. Nos. 23, 25). For good cause shown, the Court enters the following Order:

The Court's Order issued on April 2, 2019 (Doc. No. 19), is **STAYED** pending the resolution of the Motions to Reconsider. The Court will take up the Motions to Reconsider at a later date.

**SO ORDERED**.

Signed: May 1, 2019

Graham C. Mullen
United States District Judge